UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

APRIL GEORGE (#269654)

VERSUS

LOUISIANA CORRECTIONAL
INSTITUTE FOR WOMEN, ET AL.

CIVIL ACTION

21-499-SDD-EWD

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Erin Wilder-Doomes dated March 3, 2023, to which no *Objection* has been filed.

**ACCORDINGLY**, this matter is DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. § 1915A, as all claims are prescribed on the face of the Complaint, and that this case be CLOSED.

Signed in Baton Rouge, Louisiana, on this 23 day of March, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 13.